UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AL MCZEAL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-06-0876 |
| | § | |
| WASHINGTON MUTUAL BANK, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the court is the plaintiff's motion to consolidate (Dkt. 29) this case with Civil Action No. H-06-0897, presently pending before Judge Gilmore.

Pursuant to the Local Rules of the United States District Court for the Southern District of Texas, a motion to consolidate must be filed in the "oldest case." *See* S.D. Tex. L.R. 7.6 B. However, "[t]he term 'oldest case,' as used in this Rule, means the case filed first in any court, state or federal, including cases removed or transferred to this Court." *See* S.D. Tex. L.R. 7.6 D.

Civil Action H-06-0876 was filed in this court on March 16, 2006 by plaintiff, Al McZeal. However, Civil Action H-06-0897, which was removed to Judge Gilmore's court on March 17, 2006, was originally filed in the Justice Court of Harris County, Texas, Precinct 4, Position 1 on March 3, 2006. *See* Dkt. 1, Ex. B (Notice of Removal in Civil Action H-06-0897).

Thus, although Civil Action H-06-0897 has a higher federal court case number, it is the "oldest case" under the Local Rules and the motion to consolidate must be filed in that case with a courtesy copy furnished to this court.

Therefore, the plaintiff's motion to consolidate is DENIED without prejudice to it being refiled in Civil Action H-06-0897. The court will also dispose of the plaintiff's motions for default judgment (Dkt Nos. 46, 47). Both are DENIED.

Signed on August 2, 2006, at Houston, Texas.

_____
Gray H. Miller
United States District Judge